Diana S. Daugherty
Standing Chapter 13 Trustee
St. Louis, MO 63143
Phone: (314) 781-8100
Fax: (314) 781-8881

August 12, 2021

THE POWDERLY LAW FIRM LLC
11965 ST CHARLES ROCK RD
STE 202
BRIDGETON, MO 63044

RE: DORIAN FRENCHIE
    Bankruptcy Case No: 21-42834

Dear THE POWDERLY LAW FIRM LLC,

Please be advised that the Trustee has not received the following documents necessary to process this case:

  _X_   payment advices for the full 60 days prior to filing or an affidavit stating that no payment advices were received during that time.
  NEED 60 DAYS PA BY 3PM 8-18 OR 341 WILL NOT BE HEARD 8-25

  ___   an acceptable affidavit (The affidavit received is incomplete).

Until we receive the necessary documents, the 341 preparation process cannot continue and we may not conduct or conclude the 341 meeting. Please promptly provide these documents to the Trustee. If you believe you have already sent these documents to the Trustee, please contact our office to determine if we failed to receive the documents or if the documents were inadequate. Do not wait until the scheduled 341 meeting to resolve this issue. You should assume that we may not have processed this file and may not have the file available on the hearing date.

**Please submit documents by regular mail. Faxed documents are often illegible**.

Sincerely,

Office of Chapter 13 Trustee

LTR341 -- SS